Dismissed and Memorandum Opinion filed October 23, 2003









Dismissed and Memorandum Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00754-CV

____________

 

BRUCE ENNIS, M.D., BRUCE ENNIS
M.D., P.A., and HOUSTON CARDIOVASCULAR CONSULTANTS, Appellants

 

V.

 

ERIC BARRINGTON DAVIS, M.D.

 and E. BARRINGTON
DAVIS, M.D.,P.A., Appellees

 



 

On Appeal from the 165th
District Court

Harris County, Texas

Trial Court Cause No. 00-51533

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed March 31, 2003.  On October 10, 2003, appellants filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 23, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.